UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>CHARLES BURTON RITCHIE, et al.,<br><br>Defendants | Case No.: 2:15-cr-00285-APG-GWF<br><br>**Order Granting Joinder**<br><br>[ECF No. 348] |

IT IS ORDERED that defendant Ryan Eaton's motion for joinder **(ECF No. 348) is GRANTED.**

DATED this 28th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE